IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAN MANUEL RUBIO CAZAREZ<br><br>Defendant. | **8:19CR124**<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Dismiss Indictment Pursuant to Rule 48(a) (Filing No. 31). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the Government's Motion to Dismiss Indictment, (Filing No. 31) is granted, and the Indictment is dismissed, without prejudice.

Dated this 27th day of May 2020.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
Senior United States District Judge